# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 03-1095

_____

Floyd Webb,                                    *
                                               *
            Appellant,                         *
                                               *   Appeal from the United States
      v.                                       *   District Court for the
                                               *   Western District of Arkansas.
John C. Kilgore, Sheriff, Lafayette            *
County, Arkansas; Bill Butler,                 *      [UNPUBLISHED]
Lafayette County Jail; Vernon Watson,          *
Jailer, Lafayette County Jail; Arnold          *
Simmons, Jailer, Lafayette County Jail;        *
Duncan & Rainwater, P.A., Attorneys;           *
Bobby E. Shepherd, U. S. Magistrate            *
Judge; Jason Hamilton, Jailer, Lafayette       *
County Jail,                                    *
                                               *
            Appellees.                         *

_____

Submitted:  March 20, 2003
Filed:  March 24, 2003

_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Floyd Webb appeals the District Court's[1] 28 U.S.C. § 1915(e)(2)(B) (2000) dismissal of his 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, <u>see</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we summarily affirm for the reasons stated by the District Court, <u>see</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.